No. 11–249.  PROST *v.* ANDERSON, WARDEN (Reported below: 636 F. 3d 578); BRACE *v.* UNITED STATES ET AL. (634 F. 3d 1167); and MATHISON *v.* WILEY, WARDEN (318 Fed. Appx. 650).  C. A. 10th Cir.  Certiorari denied.

No. 11–265.  HART *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 11–316.  UNITED STATES STEEL CORP. ET AL. *v.* MILWARD ET UX.  C. A. 1st Cir.  Certiorari denied.

No. 11–329.  DEAN *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 11–348.  LOCKE ET AL. *v.* SHORE ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 11–357.  EQUITY IN ATHLETICS, INC. *v.* DEPARTMENT OF EDUCATION ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 11–378.  JOHNSON *v.* WHITEHEAD, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 11–414.  BROWN *v.* ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 11–418.  KHABURZANIA *v.* NEW YORK.  Crim. Ct., City of N. Y., Queens County, N. Y.  Certiorari denied.

No. 11–442.  KHAZAELI *v.* CITY OF CONCORD, CALIFORNIA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–449.  KHAZAELI *v.* JOHNSON ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–452.  NEWMAN ET UX. *v.* GUARDIANSHIP OF KATZ.  Sup. Ct. Fla.  Certiorari denied.

No. 11–454.  POLSKY, RECEIVER FOR COMMUNICATIONS PRODUCTS CORP. *v.* VIRNICH ET AL.  Sup. Ct. Wis.  Certiorari denied.

No. 11–456.  VILLAFANA *v.* SMITH.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.